# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARIO A. CHANDLER,
    Petitioner,

v.                                                   Case No.: 3:08cv75/MCR/EMT

DAVID ELLIS, WARDEN, et al.,
    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 14, 2008 (Doc. 18).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 14) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED as moot**.

**DONE AND ORDERED** this 12th day of August, 2008.

                                              *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**